IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FIL...

05 APR 21  AM 9 3.

ROBERT R. DI...CHIO
CLERK, U.S. DI...CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
vs.                                )          CR. NO. 02-20381-04-Ma
                                   )
BRANDON WILLIAMS,                  )
                                   )
              Defendant.           )

---

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

---

This cause came on for a report date on March 25, 2005. Defense counsel requested a continuance of the present trial date in order to allow for additional preparation in the case.

The Court granted the request and continued the trial date to the rotation docket beginning May 2, 2005 at 9:30 a.m., with a report date of Thursday, April 21, 2005 at 2:00 p.m.

The period from March 25, 2005 through May 13, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the interests of justice in allowing additional time to prepare outweigh the need for a speedy trial.

**IT IS SO ORDERED** this _____20th_____ day of April, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _4-21-05_____



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 212 in case 2:02-CR-20381 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT