IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ /D.C.

05 DEC -1 PM 3: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                    NO. 02-20381-Ma

BRANDON WILLIAMS,

     Defendant.

ORDER RESETTING SENTENCING DATE

     Before the court is the defendant's November 29, 2005, motion to reset the sentencing of Brandon Williams, which is presently set for December 1, 2005. For good cause shown, the motion is granted. The sentencing of defendant Brandon Williams is **reset to Friday, January 6, 2006, at 3:30 p.m.**

     It is so ORDERED this 30th day of November, 2005.

                                                     SAMUEL H. MAYS, JR.
                                                     UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 221 in case 2:02-CR-20381 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
P.O. Box 776407
Steamboat Springs, CO 80477

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT